1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   NICHOLAS MARTIN CUMMINGS,            No.  2:16-cv-2572-EFB P

12                     Petitioner,

13        v.                             ORDER[1]

14   PEOPLE OF CALIFORNIA,

15                     Respondent.

16

17        Petitioner is a state prisoner without counsel seeking a writ of habeas corpus pursuant to

18   28 U.S.C. § 2254.[2]  Under Rule 4 of the Rules Governing Section 2254 Cases, the court is

19   required to conduct a preliminary review of all petitions for writ of habeas corpus filed by state

20   prisoners.  The court must summarily dismiss a petition if it "plainly appears . . . that the

21   petitioner is not entitled to relief . . . ."  The court has conducted the review required under Rule

22   4.

23

---

24        [1] This proceeding was referred to this court by Local Rule 302 pursuant to 28 U.S.C.
     § 636(b)(1) and is before the undersigned pursuant to petitioner's consent.  *See* 28 U.S.C. § 636;
25   *see also* E.D. Cal. Local Rules, Appx. A, at (k)(4).

26        [2] Petitioner has filed an application for leave to proceed in forma pauperis.  Examination
     of the in forma pauperis application reveals that he is unable to afford the costs of suit.
27   Accordingly, the application to proceed in forma pauperis is granted.  *See* 28 U.S.C.
     § 1915(a).
28

1    Petitioner claims that the state court failed to properly apply all of his credits for time-
2    served to his aggregate sentence of five years and eight-months. *See generally* ECF No. 4.
3    Under 28 U.S.C. § 2254(a), this court can consider a petition for writ of habeas corpus by a
4    person in state custody "only on the ground that he is in custody in violation of the Constitution
5    [or other federal law]." Because there is no claim before the court that petitioner is in custody in
6    violation of federal law, the court cannot entertain the instant petition. Therefore, the petition for
7    a writ of habeas corpus must be summarily dismissed.

8         In accordance with the above, IT IS HEREBY ORDERED that:

9         1. Petitioner's request for leave to proceed in forma pauperis (ECF No. 5) is granted.

10        2. Petitioner's application for writ of habeas corpus (ECF No. 4) is summarily dismissed.
11   In an abundance of caution, petitioner is granted 30 days from the date of this order to file an
12   amended petition. Any amended petition must be filed on the form employed by this court and
13   must state all claims and prayers for relief on the form. It must bear the case number assigned to
14   this action and must bear the title "Amended Petition." Petitioner is cautioned that failure to file
15   an amended petition pursuant to this order may result in the dismissal of this action.

16        3. The Clerk of the Court is directed to send petitioner the court's form for application for
17   writ of habeas corpus.

18   DATED: April 19, 2017.

19                          EDMUND F. BRENNAN
                            UNITED STATES MAGISTRATE JUDGE
20
21
22
23
24
25
26
27
28